COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     Michael M. Euler v. Miles Marks and Texas Dow Employees Federal
                          Credit Union

Appellate case number:   01-13-00085-CV

Trial court case number:  11-06-06132-CV

Trial court:             9th District Court of Montgomery County

      It is ordered that Appellee's Motion for Rehearing is **denied**.


Judge's signature: _/s/ Rebeca Huddle_____
                  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Massengale and Huddle


Date: May 13, 2014_____